

## facsimile transmittal

| | | | |
|---|---|---|---|
| To: | Ross | From: | Stacie Powell |
| Company: | PM Investigation Service | Date: | 12/23/10 |
| Fax Number: | 718-672-1139 | Total # of Pages Including Cover: | 2 |
| Phone Number: | 718-672-1117 | Sender's Phone # | 866-401-7187 Ext 138 |
| RE: | **EMPLOYMENT VERIFICATION** | | |

*Notes/Comments:*

---

*Confidentiality Note:*

The information in this telecopy message is being transmitted to and is intended only for the use of the individual recipient. You are hereby advised that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone @ (866) 401-7187 and destroy this telecopy message.

This is an attempt to collect a debt and any information obtained will be used for this purpose. This communication is from a debt collector.



**Attention:Payroll/Garnishments**

Your company has been reported as either the current employer or previous employer of the individual referenced below. The Department of Education has or will be issuing withholding orders under the authority granted to it by the Debt Collection Improvement Act of 1996, at 31 U.S.C. 3720D.

Our company has been contracted by the Department of Education to ensure that withholding order(s) issued to your company are properly addressed and correctly identify your company or corporate identity. Therefore, we are requesting that the following information be provided:

**Name:** Eduardo R Tineo                                            **SSN:** 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

**Employment Start Date:** _____ **Termination Date:** _____

**FT/PT:** _____ **Job Title:** _____

**Other Garnishments (Y/N):** _____ **if Y what type & %?** _____

**Company/Corporation Registered Name:** _____

**Company/Corporation Street Address:** _____

**City:** _____ **State:** _____ **Zip:** _____

**Company/Corporation Employer Federal Identification Number:** _____

**Telephone Number:** _____ **Fax Number:** _____

_____        _____
(Signature)                                                 Print Name

_____        _____
(Title)                                                          Date

Please return this information to the below fax or address. Thank you for your assistance.

**ATTN: Garnishment Dept**
**Immediate Credit Recovery, Inc**
PO Box 965363
Marietta, GA 30066
Ph: 866-401-7187
Fax: 770-792-8165